# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL BIGGS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 09-94-GPM |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy, presiding, and the following decision was reached:

**IT IS ORDERED** that Plaintiff, Michael Biggs, shall recover nothing, and the action be **DISMISSED with prejudice**. The parties shall bear their own costs.

**DATED**: 7/21/09

                                                  JUSTINE FLANAGAN, ACTING CLERK

                                        By: s/ Linda M. McGovern
                                                Deputy Clerk

APPROVED: s/ G. Patrick Murphy
                G. Patrick Murphy
                United States District Judge